

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00415-CR

**LORETTA J. MESERVE,**

                                           **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                           **Appellee**

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 36,293

## O R D E R

Loretta J. Meserve was convicted and sentenced on October 11, 2012. This appeal has been abated numerous times, most recently on March 21, 2013 so that the trial court could appoint counsel on appeal for Meserve. Because the trial court appointed an attorney to represent Meserve on appeal, we reinstated this appeal on April 18, 2013.

Meserve's brief was originally due in this Court on March 6, 2013. Meserve, without counsel, filed a brief on January 25, 2013, before the complete record in the appeal had been filed. This brief does not satisfy the requirements for an appellant's

brief particularly because there are no issues presented and there is no argument at all. *See* TEX. R. APP. P. 38.1(f), (i). If any section in the brief could be considered argument, there are no citations to authorities and could not contain citations to the record because the reporter's record had not yet been filed. *Id.* (i).

Meserve's appointed counsel has now filed a "Motion for Extension of Time to File Appellate Brief and to File Amended or Supplemental Brief" requesting an extension of time to file an appellate brief and permission to file an amended or supplemental brief on or before May 31, 2013. The motion is denied in part and granted in part.

Because of the deficiencies of Meserve's pro se brief, we deny counsel's request to file a supplemental brief. Counsel's request for an extension of time to file an amended brief is granted. The amended brief must be filed by May 31, 2013, and will supersede and replace the existing pro se brief of January 25, 2013.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed May 9, 2013